**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 24-16-DLB-CJS**

**RONNIE SCOTT BAILEY**                                                          **PLAINTIFF**


**v.**                                                 **ORDER**


**BRANDON JONES, et al.**                                                        **DEFENDANT**

*** *** *** *** *** ***

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 68), wherein she recommends that the Defendants Brandon Jones, Nathan Conley and Wesley Coldiron's Motion for Summary Judgment (Doc. # 62) be granted. Specifically, she found that Plaintiff failed to exhaust his administrative remedies as required under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a) and, as such, the Defendants are entitled to judgment as a matter of law. She discussed, in detail, Plaintiff's arguments that such remedies were unavailable to him and, ultimately rejected them.

Plaintiff filed an objection to the R&R wherein he summarily states that a "genuine dispute" exists "as to "whether he was required to exhaust unavailable remedies under the PLRA." (Doc. # 69). He offers no further argument or detail. Defendants having filed their response to the objection (Doc. # 71), the R&R and objection are now ripe for review.

It is well established that in order to trigger *de novo* review by this Court, an objection to an R&R must be specific—they may not be "vague, general, or conclusory . . . [as such objections are] tantamount to a complete failure to object." *Fields v. Lapeer*

1

*71-A District Court Clerk*, 2 F.App'x 481, 482–83 (6th Cir. 2001). "Moreover, 'an "objection" that does nothing more than state a disagreement with a magistrate's suggested resolution, or simply summarizes what has been presented before, is not an "objection" as that term is used in this context." *United States v. Vanover*, No. 2:10-cr-14, 2017 WL 1356328, at *1 (E.D. Ky. Apr. 11, 2017) (quoting *VanDiver v. Martin*, 304 F.Supp.2d 934, 938 (E.D. Mich, 2004)).

Here, although Plaintiff disagrees with Magistrate Judge Smith's conclusion, he fails to specifically challenge any particular portion of her R&R.  His single sentence objection is conclusory, general, as well as vague.  As such, he has failed to raise a proper and meritorious objection.  Accordingly, the Court having reviewed the R&R and finding it sound in all respects, **IT IS ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 68), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)    Plaintiff's Objection is **OVERRULED**; and

(3)    Defendants Brandon Jones, Nathan Conley and Wesley Coldiron's Motion for Summary Judgment (Doc. #  62) is **GRANTED.**

A separate Judgment will be entered contemporaneously herewith.

This 1st day of May, 2026.



**Signed By:**

**David L. Bunning**    *DB*

**Chief United States District Judge**

2